ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/22/2015 2:43:41 PM
KEITH HOTTLE
CLERK

No. 04-14-00807-CV

**IN THE COURT OF APPEALS**
**FOURTH COURT OF APPEALS DISTRICT OF TEXAS**
**SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
04/22/2015 2:43:41 PM
KEITH E. HOTTLE
Clerk

**BRAD AERY, ET AL.,**
*Appellants*
**V.**

**HOSKINS, INC., ET AL.,**
*Appellees.*

**On Appeal from 36th District Court of McMullen County, Texas Trial Court Cause** No. M-12-**0045-CV-A**

**UNOPPOSED MOTION OF APPELLEE**
**JANE W. HOSKINS**
**FOR EXTENSION OF TIME**
**TO FILE APPELLEE BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW Appellee Jane W. Hoskins ("Hoskins"), in accord with Texas Rules of Appellate Procedure 2, 10.5(b) and 38.6(d), and respectfully moves this Court for an unopposed extension of time to file his Appellee's Brief.

**1.** This appeal it taken from a judgment entered October 21, 2014, by the 36th Judicial District Court of McMullen County, in Cause No. M-12-0045-CV-A, **styled** *Brad Aery and Randi Aery, et al. v. Hoskins, Inc., et al.*

**2.** Appellant's Notice of Appeal was filed November 14, 2014. By order dated January 23, 2015, this Court deemed that the Clerk's record was filed.

*3.* Appellants' Brief was originally due to be filed on February 23, *2015.* However, Appellants sought and were granted an extension of thirty (30) days in which to file their Brief. Appellants' brief was timely filed on March 20, *2015.*

**4.** Hoskins respectfully requests an extension of thirty (30) days in which to prepare and file his Appellee's brief, making the new deadline May 20, 2015.

**5.** undersigned counsel for Appellants conferred by email with Rosemarie Kanusky, counsel of record for the House Appellants, and Dan Pozza, counsel of record for the Aery Appellants, concerning the requested extension. No party is opposed.

**6.** Appellee Hoskins requires an extension of time to file his reply brief because he was recently employed in this matter (after believing that other counsel would represent this Appellee. Other Appellees have also filed unopposed motions for extension of time and this Appellee adopts the rationale expressed therein.

**7.** This is Appellee's first request for an extension of time. This request is not sought for delay, but in order that justice may be done, and in order that Appellee may examine and consider the issues raised in Appellants' brief, and adequately address issues in this appeal.

WHEREFORE, PREMISES CONSIDERED, Appellee Jane W.. Hoskins respectfully requests that the Court grant this motion and extend the deadline to file his brief for thirty days to

May 20, 2015. Appellee further requests such other relief to which he may be justly entitled.

Respectfully submitted,

/s/ *Benjamin F. Youngblood III*

_____

Benjamin F. Youngblood III
State Bar No. 22213700

Benjamin F. Youngblood III, P.L.L.C.
8207 Callaghan Road, Suite 100
San Antonio, Texas 78230
Telephone:     (210) 308-9829
Telefax:          (210) 308-9854
Email: bfy@Prodigy.net

***ATTORNEYS FOR APPELLEE,***

***Jane W.  Hoskins***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via e-service on this the 21st day of April, *2015,* in compliance with the Texas Rules of Civil Procedure by serving the following counsel of record:

Marc K. Whyte
whytemarc@gmail.com
WHYTE, PLLC
209 Tuttle
San Antonio, Texas 78209 *Attorney for Brad and Rand! Aery*

Dan Pozza
dpozzayahoo.com
LAW OFFICE OF DAN POZZA
239 E. Commerce Street San
Antonio, Texas 78205
*Attorney for Brad and Rand! Aery*

Melanie Hessler Phipps
mphipps@kplegal.com
Kustoff & Phipps, LLP
4103 Parkdale St.
San Antonio, Texas 78229 *Attorney for Brad and Rand! Aery*

Matthew F. Wymer mwymerbmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
112 East Pecan Street, Suite 2750 San
Antonio, Texas 78205 *Attorney for Brad and Rand! Aery*

Ezra A. Johnson
ejohnson@ufjblaw.com
Uhl, Fitzsimmons, Jewett & Burton PLLC
4040 Broadway, Ste 430
San Antonio, Texas 78209
*Attorneys for Blake C. Hoskins*

C. David Kinder
dkinder@coxsmith.com
Cox SMITH MATTHEWS
INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
*Attorneys for Hoskins, Inc.,*
*C. Clifton Hoskins and Trudy Ann Day*

Michael C. Sartori
michael@msartori.com
P.O. Box 1222
George West, Texas 78022
*Attorney for Hazel Q. Hoskins*

Conner R. Jackson
cjackson@hfdlaw.com R.
Clay Hoblit
choblit@hfdlaw.com
HOBLIT FERGUSON DARLING, LLP
802 North Carancahua
Corpus Christi, Texas 78401
*Attorneys for Aurora Resources*

Rosemary Kanusky
rosemaiieknuskynortonmseJhllbrightcom John W. Weber, Jr.
john.weber@nortonrosefulbrigth.com Jeffrey A. Webb jeff.webb@nortonrosefulbrigth.com
NORTON ROSE FULBRIGHT US L.L.P.
300 Convent Street, Suite 2100 San Antonio, Texas 78205-3792 *Attorneys for James House Family*

Jason A. Newman
Jason.newman@bakerbotts.com Meghan Dawson McElvy
Meghan.mcelvyrrubakerbotts. corn
BAKER BOTTS L.L.P
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

*Attorneys for Texoz E&P I, Inc.*

David W. Navarro
dnavarro@hsfblaw.com
Brendon C. Holm
bholm@hsfblaw.com
The Quarry Heights Building
73 73 Broadway, Suite 300 San Antonio, TX 78209 *Attorneys for Brent C. Hoskins*

Peter E. Hosey
phoseyjw.corn
Julia W. Mann
jmann@jw.com
JACKSON WALKER L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
*Attorneys for Lee Ann Kulka, Lee Roy Hoskins, III and Andrea Jurica*

David L. Ylitalo
dylitalo(coatsrose . corn
Coats Rose, A P.C.
1020 Northeast Loop 410, Suite 800 San Antonio, Texas 78209
*Attorneys for Leonard Hoskins*

Bruce D. Oakley
Bruce.oakley,hoganlovells .com Robert L. Pillow Robert.pillowhoganlovells . corn
Hogan Lovells US LLP
700 Louisiana Street, Suite 4300 Houston, Texas 77002
*Attorneys for Armadillo E&P, Inc., Sea Eagle Ford, LLC, and Sundance Energy, Inc.*